

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00072-CV

**IN THE INTEREST OF C.M.O.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01068
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant L.J. is indigent; no costs of court are taxed against her.

SIGNED June 24, 2015.

_____
Patricia O. Alvarez, Justice